UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DAVID A. LEONI,

        Plaintiff,

v.

PAUL BAILEY, et al.,

        Defendants.

_____/

Case No. 1:22-cv-1086

Honorable Phillip J. Green

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  January 24, 2023              /s/ Phillip J. Green
                                                              PHILLIP J. GREEN
                                                              United States Magistrate Judge